# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARLANDO CAROLL TEAY STORY, | : |
| Petitioner | : CIVIL ACTION NO. 3:23-0588 |
| v. | : (JUDGE MANNION) |
| WARDEN BARRAZA, | : |
| Respondent | : |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice.

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated:  July 11, 2023**
23-0588-01-ORDER